## DONNELL vs. BUSBY.

See Smith vs. Busby page 387.

## APPEAL from Buchanan Circuit Court.

VORIES, for appellant.

S. L. LEONARD, for respondent.

SCOTT, J., delivered the opinion of the court.

The principles of the case of Smith vs. Busby, decided at this term of the court, involving a part of the same transaction which gave rise to this suit, will determine this case.

The other judges concurring, judgment is reversed.